EDDIE P. LEWIS *v.* COMMISSIONER OF CORRECTION

The petitioner Eddie P. Lewis' petition for certification for appeal from the Appellate Court, 117 Conn. App. 120 (AC 29276), is denied.

*Robert T. Rimmer*, special public defender, in support of the petition.

*Sarah Hanna,* deputy assistant state's attorney, in opposition.

Decided October 28, 2009